THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br>v.<br><br>O-CO CONCRETE CONSTRUCTION LLC, a Washington limited liability company, Contractor's License No. OCOCOCC850QR, UBI No. 603560682,<br><br>Defendant. | CASE NO. 2:22-cv-242<br><br>MOTION AND JUDGMENT OF DISMISSAL |

Plaintiffs move for a judgment of dismissal of all claims against Defendant O-Co Concrete Construction LLC and this action without prejudice and without costs or attorney fees to any parties.



BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900





On March 15, 2023, Plaintiffs sent a proposed stipulated dismissal pleading to counsel for O-Co Concrete via email. A true and correct copy is attached as Exhibit A. No response was received.

DATED this 13th day of April, 2023.

Barlow Coughran
Morales & Josephson, P.S.
Attorneys for Plaintiff Trust Funds

*/s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA #40041

JUDGMENT

NOW THEREFORE, it is hereby ordered and adjudged that Defendant O-Co Concrete Construction LLC is dismissed without prejudice and without costs or attorney fees to any parties.

DATED this 2nd day of June, 2023.

Jamal N. Whitehead
United States District Judge

Respectfully Submitted by:

Barlow Coughran
Morales & Josephson, P.S.
Attorneys for Plaintiff Trust Funds

*/s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA #40041



BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



